United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Duncan, Celia |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, April 04, 2014 |
| Re: | 05:13-CV-01059-DAE / Doc # 17 / Filed On: 04/03/2014 07:14 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

---

(1) Pleading not signed with /s/Name on signature line or digital signature.
　　Remarks: The main document and certificate of service are not signed.