UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIM DUNCAN AND CELIA DUNCAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-3; BANK OF AMERICA, N.A. | § § § § § § § § § | CAUSE NO. SA-13-CA1059-DAE |
| Defendants. | § § | |

## JOINT STIPULATION TO DISMISS

1. The parties file this Joint Stipulation to Dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(2) on the grounds that the parties have resolved the matters at issue in this cause.

2. Both Plaintiffs, Tim and Celia Duncan, and Defendants, The Bank Of New York Mellon ("*Trustee*"), f/k/a The Bank Of New York As Trustee For Certificate Holders of The CWABS, Inc. Asset-Backed Certificates, Series 2005-3 and Bank of America, N.A., respectfully move that this Court dismiss this action without prejudice, with all costs and attorney's fees to be borne by the party incurring same.

Respectfully submitted,

*/s/ Tim and Celia Duncan*
Tim and Celia Duncan, *pro se*
14819 ByPass Point
San Antonio, Texas 78247
210.884.2693

***PRO SE* PLAINTIFFS**

-and-

**BRYAN CAVE LLP**

*/s/ Andrew G. Spaniol*
Walter A. Herring
Texas Bar No. 09535300
Andrew G. Spaniol
Texas Bar No. 24063012
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
214.721.8041 – Telephone
214.721.8100 – Facsimile
walter.herring@bryancave.com
andrew.spaniol@bryancave.com

COUNSEL FOR DEFENDANTS THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-3 and BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

       A true and correct copy of the above and foregoing pleading was served on all counsel of record registered with the Court's ECF/CM system and by email and certified mail return receipt requested on the 18th day of April 2014:

Tim and Celia Duncan (*pro se*)
14819 Bypass Point
San Antonio, TX 78247

                                          */s/ Andrew G. Spaniol*
                                          Andrew G. Spaniol