## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIM DUNCAN AND CELIA DUNCAN, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. SA-13-CA1059-DAE |
| THE BANK OF NEW YORK MELLON, | § | |
| F/K/A THE BANK OF NEW YORK AS | § | |
| TRUSTEE FOR CERTIFICATE | § | |
| HOLDERS OF THE CWABS, INC. | § | |
| ASSET-BACKED CERTIFICATES, | § | |
| SERIES 2005-3; BANK OF AMERICA, | § | |
| N.A. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties have filed a Joint Stipulation to Dismiss (the "Stipulation") this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(2) on the grounds that the parties have resolved the matters at issue in this cause. After consideration of the Stipulation and the representation by the parties that the issues presented in the Plaintiff's pleadings have been resolved, this Court GRANTS the Stipulation.

It is therefore ordered that this civil action and all causes of action brought by Plaintiffs, Tim and Celia Duncan, in this action are hereby dismissed without prejudice to the Plaintiffs re-filing same. All taxable costs of court shall be taxed to the party incurring same.

SO ORDERED.

SIGNED this _____ day of April 2014.

_____
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF TEXAS**